EXHIBIT A

Int. Cl.: 16

Prior U.S. Cl.: 37

## United States Patent Office

Reg. No. 1,046,353
Registered Aug. 17, 1976

## TRADEMARK
Principal Register

## POST-IT

Minnesota Mining and Manufacturing Company (Delaware corporation)
3M Center
St. Paul, Minn. 55101

For: PAPER AND CARDBOARD SHEET MATERIAL HAVING ADHESIVE COATING ON BOTH SIDES THEREOF FOR ATTACHMENT TO WALLS OR OTHER VERTICAL SURFACES TO HOLD DISPLAYS OR OTHER MESSAGES IN PLACE, in CLASS 16 (U.S. CL. 37).

First use Sept. 25, 1974; in commerce Sept. 25, 1974.

Ser. No. 72,879, filed Dec. 29, 1975.

P. P. GRALNICK, Supervisory Examiner

G. H. FECHTER, Examiner

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**

Reg. No. 1,198,694
Registered Jun. 22, 1982

## TRADEMARK
Principal Register

## POST-IT

Minnesota Mining and Manufacturing Company (Delaware corporation)
3M Center
St. Paul, Minn. 55144

For: STATIONERY NOTES CONTAINING ADHESIVE ON ONE SIDE FOR ATTACHMENT TO SURFACES, in CLASS 16 (U.S. Cl. 37).
First use Sep. 25, 1974; in commerce Sep. 25, 1974.
Owner of U.S. Reg. Nos. 1,046,353 and 1,046,383.
Sec. 2(f).

Ser. No. 300,787, filed Mar. 12, 1981.

HENRY S. ZAK, Primary Examiner

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**

Reg. No. 1,208,297
Registered Sep. 14, 1982

## TRADEMARK
Principal Register

## POST-IT

Minnesota Mining and Manufacturing Company (Delaware corporation), a.k.a. 3M
3M Center
St. Paul, Minn. 55144

For: TRAYS FOR HOLDING STATIONERY NOTES, in CLASS 16 (U.S. Cl. 37).
First use Oct. 1, 1981; in commerce Oct. 1, 1981.

Ser. No. 337,941, filed Nov. 19, 1981.

DAVID C. REIHNER, Primary Examiner

MICHAEL D. HAMILTON, Examiner

Int. Cl.: 16

Prior U.S. Cl.: 5

**United States Patent and Trademark Office**

Reg. No. 1,284,295
Registered Jul. 3, 1984

**TRADEMARK**
Principal Register

**POST-IT**

Minnesota Mining and Manufacturing Company (Delaware corporation), a.k.a. 3M
3M Center
St. Paul, Minn. 55144

For: ADHESIVE TAPE FOR HOME AND OFFICE USE, in CLASS 16 (U.S. Cl. 5).
First use Jan. 1, 1983; in commerce Jan. 1, 1983.
Owner of U.S. Reg. Nos. 1,046,353 and 1,198,694.

Ser. No. 432,661, filed Jun. 30, 1983.

JAMES WALSH, Examining Attorney

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**   Reg. No. 1,935,381
Registered Nov. 14, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## POST-IT

MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE BACKED EASEL PAPER AND EASEL PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-24-1994; IN COMMERCE 5-24-1994.

OWNER OF U.S. REG. NOS. 1,046,353, 1,718,114 AND OTHERS.

SER. NO. 74-598,398, FILED 11-14-1994.

STEVEN R. FOSTER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,736,421
Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## POST-IT

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: STATIONERY NOTES AND NOTE PADS CONTAINING ADHESIVE ON ONE SIDE OF THE SHEETS FOR ATTACHMENT TO SURFACES; ADHESIVE TAPE FOR STATIONERY OR OFFICE USE; COVER-UP TAPE FOR PAPER; TAPE FLAGS; PRINTED NOTE FORMS; PRINTED NOTES FEATURING MESSAGES, PICTURES OR ORNAMENTAL DESIGNS; ADHESIVE-BACKED EASEL PAPER AND EASEL PADS; BULLETIN BOARDS; GLUE STICKS FOR STATIONERY OR OFFICE USE; AND PAPER AND CARDBOARD SHEET MATERIAL HAVING ADHESIVE COATINGS ON BOTH SIDES FOR ATTACHMENT TO WALLS OR OTHER SURFACES TO HOLD DISPLAYS OR OTHER MESSAGES IN PLACE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-25-1974; IN COMMERCE 9-25-1974.

OWNER OF U.S. REG. NOS. 1,046,353, 2,402,732 AND OTHERS.

SER. NO. 76-446,169, FILED 9-4-2002.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,168,105
Registered Nov. 7, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# POST-IT

3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
220-9E-01, 3M CENTER
ST. PAUL, MN 55144

　FOR: STATIONERY NOTES CONTAINING ADHESIVE ON ONE SIDE FOR ATTACHMENT TO SURFACES; PRINTED NOTES FEATURING MESSAGES, PICTURES OR ORNAMENTAL DESIGNS; NOTE PADS, BUSINESS FORMS, INDEX CARDS, INDEX TABS, EASEL PAPER, EASEL PADS, SKETCH PADS, ART PADS, BANNERS OF PAPER, PAGE MARKERS, BOOKMARKS AND RECIPE CARDS CONTAINING ADHESIVE ON ONE SIDE OF THE SHEETS FOR ATTACHMENT TO SURFACES; ADHESIVE TAPE FOR STATIONERY OR OFFICE USE; LABELING TAPE; COVER-UP TAPE FOR PAPER; CORRECTING TAPE FOR TYPE; TAPE FLAGS; EASELS; DISPLAY AND MESSAGE BOARDS, ADHESIVE BACKED STRIPS AND GEOMETRICAL SHAPES MADE FROM CARDBOARD FOR ATTACHMENT TO SURFACES; DRY ERASE WRITING BOARDS AND WRITING SURFACES; HOLDERS FOR STATIONERY NOTES, NOTEPADS AND TAPE FLAGS; DISPENSERS FOR TAPE FLAGS AND STATIONERY NOTES FOR STATIONERY USE; BALL POINT PENS AND HIGHLIGHTER PENS CONTAINING TAPE FLAGS; PHOTO PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

　FIRST USE 9-25-1974; IN COMMERCE 9-25-1974.

　THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

　OWNER OF U.S. REG. NOS. 1,046,353, 2,736,421 AND OTHERS.

　SER. NO. 78-751,997, FILED 11-11-2005.

WENDY GOODMAN, EXAMINING ATTORNEY



# POST-IT

| | |
|---|---|
| **Reg. No. 3,861,083** | 3M COMPANY (DELAWARE CORPORATION) <br> 220-9E-01 |
| **Registered Oct. 12, 2010** | 3M CENTER, 2501 HUDSON ROAD <br> ST. PAUL, MN 55144 |
| **Int. Cl.: 16** | |
| | FOR: ADHESIVE-BACKED PAPER POCKETS FOR ATTACHMENT TO SURFACES; ADHESIVE LABELS; ADHESIVE-BACKED PAPER NAME BADGES; ADHESIVE-BACKED CRAFT PAPER , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 4-30-2008; IN COMMERCE 4-30-2008. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 1,198,694, 3,168,105 AND OTHERS. |
| | SER. NO. 85-015,676, FILED 4-16-2010. |
| | MATTHEW EINSTEIN, EXAMINING ATTORNEY |



*Director of the United States Patent and Trademark Office*